UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **Mary Cantrell,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 7:23-cv-00111-O |
| **United States Postal Services, et al.** § | |
| Defendants. § | |
| § | |
| § | |

# ORDER

In accordance with the order issued on March 25, 2024 and Federal Rule of Civil Procedure 58, it is **ORDERED**, **ADJUDGED**, and **DECREED** that all Plaintiff's claims under the Federal Tort Claims Act are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**SO ORDERED** on this **April 23, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**